Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-13417-A-7 |
| | DC No. JES-1 |
| WALTER & BETTY OVERBY, | MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY |
| Debtor(s). | Date: December 16, 2010<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on March 31, 2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are a 2009 Yamaha Motorcycle, 2004 non-operable Volkswagen Jetta and a 1984 Chrysler 5th Avenue.

5. The trustee has obtained an offer from the debtors, Walter

FILED
November 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003072066

& Betty Overby, to purchase said asset(s), for the sum of $8,053, less a secured lien of $5,053, and no claimed exemptions, for net cash to the estate of $3,000. Funds have been received by the estate and are awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is to be sold subject to liens and encumbrances of record.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtor(s), Walter & Betty Overby.

DATED: 11/9/10

JAMES E. SALVEN,
Movant